BERNHARD v. COHEN.

(Supreme Court, Appellate Term. May 24, 1899.)

ATTACHMENT—AFFIDAVIT.
Attachment granted on an affidavit the allegations of which are equally consistent with an honest intent, on defendant's part, as a dishonest one, cannot be sustained; mere conjecture not being enough.

Appeal from city court of New York, general term.

Action by Benjamin Bernhard against David Cohen. From an order of the general term reversing an order of the special term of the city court, denying a motion to vacate a warrant of attachment issued against the property of defendant (56 N. Y. Supp. 271), plaintiff appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Platzek, Stroock & Herzog, for appellant.

Nathan, Leventritt & Perham, for respondent.

FREEDMAN, P. J. The allegations contained in the affidavit upon which the attachment in this case was granted are equally as consistent with an honest intent on the part of the defendant as a dishonest one. Mere conjecture will not sustain an attachment.

Proofs should be of such a character as to fairly justify no other conclusion than a dishonest purpose. The order of the general term should be affirmed.

Order of the general term of the city court affirmed, with costs to respondent.

MacLEAN, J., concurs. LEVENTRITT, J., took no part.